# Court of Appeals
# of the State of Georgia

ATLANTA,  November 03, 2025

*The Court of Appeals hereby passes the following order:*

## A26D0138. LARAY J. BENTON et al. v. CITY OF PORT WENTWORTH et al.

LaRay and Georgia Benton seek to appeal the trial court's order validating bonds. The order appears to be a final order, leaving nothing to be done in the trial court, and, based on the limited application materials, this case does not necessarily appear to fall within one of the categories of cases for which a discretionary application is required to seek appellate review under OCGA § 5-6-35 (a). See *Sherman v. Dev. Auth.*, 321 Ga. App. 550, 550 (739 SE2d 457) (2013) (considering on direct appeal a trial court's order validating bonds).

Under OCGA § 5-6-35 (j), this Court will grant a timely application for discretionary review if the lower court's order is subject to direct appeal. See *City of Rincon v. Couch*, 272 Ga. App. 411, 412 (612 SE2d 596) (2005). Accordingly, this application is hereby GRANTED. The Bentons shall have ten days from the date of this order to file a notice of appeal in the trial court. See OCGA § 5-6-35 (g). If they have already filed a notice of appeal in the trial court, then they need not file a second notice.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  11/03/2025*

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , *Clerk.*